## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JEFFREY ALLEN COLE**
        **Plaintiff,**

**vs.**                                    **Case No. 5:08cv138/RS/MD**

**JOHN DOE, et al.,**
        **Defendants.**

_____

## ORDER and
## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se*, initiated this action on April 22, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).  On May 5, 2008 the undersigned entered an Order and Report and Recommendation granting leave to proceed *in forma pauperis* and recommending dismissal of this action as malicious for plaintiff's abuse of the judicial process (doc. 4).[1]  Plaintiff has now filed an amended complaint (doc. 5), motion for leave to proceed *in forma pauperis* (doc. 6), and motion for preliminary injunction (doc. 7).  These filings do not alter the previous Report and Recommendation.

Accordingly, it is ORDERED:

Plaintiff's second motion to proceed *in forma pauperis* (doc. 6) is DENIED as moot.

_____

[1] As set forth in the Report and Recommendation, plaintiff falsely responded to questions on the complaint form concerning his litigation history.

**And it is respectfully RECOMMENDED:**

**1.  That the May 5, 2008 Report and Recommendation be ADOPTED.**

**2.   That plaintiff's motion for preliminary injunction (doc. 7) be DENIED as moot.**

**3.  That the Clerk be directed to close the file.**

**At Pensacola, Florida, this 21st day of May, 2008.**

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**