IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY ALLEN COLE,

    Plaintiff,

vs.                                                   CASE NO. 5:08cv138/RS-MD

JOHN DOE, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 4), the Magistrate's Judge's Order and Report and Recommendation (Doc. 9), and Plaintiff's Objections (Doc. 10).  I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Orders and Reports and Recommendations (Docs. 4 & 9) are adopted and incorporated by reference in this Order.

2. Plaintiff's Motion For Preliminary Injunction (Doc. 7) is denied as moot.

3. This case is dismissed without prejudice as malicious pursuant to 28 U.S.C. §1915(e)(2)(B)(i) because of Plaintiff's abuse of the judicial process.

4. The clerk is directed to close the file.

**ORDERED** on June 9, 2008.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**